In re:                                                                         Case No. 24-61022-maw

Daniel Lawrence Bailey                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6                          User: admin                                    Page 1 of 3

Date Rcvd: Aug 06, 2024                       Form ID: 309A                                   Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Lawrence Bailey, 176 S Linden Rd Apt 2, Mansfield, OH 44906-3083 |
| 27906503 | + | A-1 Septic Services, LLC, 1892 Bell Rd, Wooster, OH 44691-9303 |
| 27906504 | + | Armstrong Cable, 437 N Main St., Butler, PA 16001-4358 |
| 27906506 | + | Banks and Associates, CPA, 406 Marion Ave., Mansfield, OH 44903-2015 |
| 27906514 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Ohio, PO Box 16581, Columbus, OH 43216-6581 |
| 27906510 | + | CapSpecialty, 1600 Aspen Commons, Suite 300, Middleton, WI 53562-4772 |
| 27906509 | | Capitol Indemnity Corporation, PO Box 5900, Madison, WI 53705-0900 |
| 27906511 | | Carol Doklovic, 1900 Crider Rd, Mansfield, OH 44903 |
| 27906512 | + | Cirder Solutions, 1230 Lexington AVe. Suite 50, Mansfield, OH 44907-2698 |
| 27906513 | + | Cletus and Tater Services LLC, 2221 Pleasant Valley Rd, Lucas, OH 44843-9740 |
| 27906515 | + | Ecolab, 1 Ecolab Pl., Saint Paul, MN 55102-2739 |
| 27906516 | + | Eric Christie, Kazlow Fields, 8100 Sandpiper Cir, Suite 204, Baltimore, MD 21236-4999 |
| 27906517 | + | Family Values Magazine, PO Box 9012, Mansfield, OH 44904-9012 |
| 27906518 | + | Firelands Electric Coop, 103 Industrial Dr., New London, OH 44851-9112 |
| 27906520 | | Frontier, PO Box 211579, Egan, MN 55121-2879 |
| 27906521 | + | Galion Enquirer, 46 S Main St., Mount Gilead, OH 43338-1433 |
| 27906523 | + | Grexen Kitchen Exhaust Cleaning, 2600 Burlington Pike #510, Burlington, KY 41005-5819 |
| 27906524 | + | Holmes Pest Control, 9905 SR 39, Millersburg, OH 44654-9794 |
| 27906527 | + | Kimmel Corp, 225 N Sandusky St., Upper Sandusky, OH 43351-1271 |
| 27906528 | + | Lincare, 1987 W 4th St. Ste 300, Mansfield, OH 44906-1708 |
| 27906529 | + | Linda Bailey, 176 S Linden Rd., Apt 2, Mansfield, OH 44906-3083 |
| 27906530 | + | Mansfield News Journal, 70 W 4th St., Mansfield, OH 44903-1676 |
| 27906533 | | Ohio Department of Natural Resource, 2045 Morse Rd., Bldg A, Columbus, OH 43229-6693 |
| 27906534 | + | Ohio Magazine, 1422 Euclid Ave Ste 730, Cleveland, OH 44115-2001 |
| 27906535 | + | Pepsi Beverages Co, 1820 Nussbaum Pkwy, Mansfield, OH 44906-2348 |
| 27906536 | + | Restaurant Agent, Inc., 4858 Mercury St., Suite 200, San Diego, CA 92111-2128 |
| 27906537 | | Rumpke Disposal, 819 Island Rd, Circleville, OH 43113-9594 |
| 27906538 | + | Schmidt Security Pro, 241 Mansfield Industrial Pkwy, Mansfield, OH 44903-8800 |
| 27906539 | + | Shift 4 Merchant Services, 2202 North Irving St., Allentown, PA 18109-9554 |
| 27906543 | + | Turfs Up LLC, 2610 Berry Rd, Lucas, OH 44843-9517 |
| 27906547 | + | Westfield Insurance, One Park Circle, P.O.Box 5001, Westfield Center, OH 44251-5001 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jc@jcelgin.com | | |
| | | | Aug 06 2024 21:16:00 | Jonathon Carl Elgin, JC Elgin Co., LPA, 6 Water St., Shelby, OH 44875 |
| tr | + | EDI: FAJDEGIROLAMO.COM | | |
| | | | Aug 07 2024 01:05:00 | Anthony J. DeGirolamo, Trustee - Mansfield, 3930 Fulton Drive NW, Suite 100B, Canton, OH 44718-3040 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | | |

|  |  | Aug 06 2024 21:17:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 27906505 | ^ MEBN | Aug 06 2024 21:14:51 | Asset Recovery Solutions, LLC, 2200 E Devon Ave Ste 200, Des Plaines, IL 60018-4501 |
| 27906507 | + Email/Text: bkfilings@zwickerpc.com | Aug 06 2024 21:18:00 | Brittany R. Fitzgibbon, Esq., Zwicker & Associates, PC, 4511 Rockside Rd, Suite 210, Independence, OH 44131-2157 |
| 27906508 | + EDI: CAPITALONE.COM | Aug 07 2024 01:05:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 27906519 | Email/Text: Bankruptcy@FMAAlliance.com | Aug 06 2024 21:17:00 | FMA Alliance, LTD, PO Box 2409, Houston, TX 77252-2409 |
| 27906522 | Email/Text: gsar@generatorsystems.com | Aug 06 2024 21:17:00 | Generator Systems, LLC, Pump Systems, LLC, 2246 Port Centre, Medina, OH 44256 |
| 27906525 | + Email/Text: BankruptcyNotices@hughes.com | Aug 06 2024 21:16:00 | HughesNet, 11717 Exploration Lane, Germantown, MD 20876-2711 |
| 27906526 | EDI: IRS.COM | Aug 07 2024 01:05:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 27906531 | Email/Text: info@meadeandassociates.com | Aug 06 2024 21:16:00 | Meade and Associates, Inc., 737 Enterprise Dr., Lewis Center, OH 43035-9436 |
| 27906532 | + Email/Text: bankruptcy@ondeck.com | Aug 06 2024 21:18:00 | ODK Capital, LLC, 4700 W Daybreak Pkwy, South Jordan, UT 84009-5120 |
| 27906540 | + Email/Text: dl-csgbankruptcy@charter.com | Aug 06 2024 21:18:00 | Spectrum, 1575 Lexington Ave, Mansfield, OH 44907-2677 |
| 27906541 | + Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 06 2024 21:18:00 | State of Ohio, c/o Ohio Attorney Genreal, 30 E. Broad St., 14th Fl., Columbus, OH 43215-3414 |
| 27906542 | + EDI: Q3GTBI | Aug 07 2024 01:05:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 27906544 | Email/Text: bknotice@upgrade.com | Aug 06 2024 21:16:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 27906545 | EDI: USBANKARS.COM | Aug 07 2024 01:05:00 | US Bank, NA, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 27906546 | + Email/Text: bankruptcyecf.shared@usfoods.com | Aug 06 2024 21:18:00 | US Foods, Inc., 8000 Bavaria Rd., Twinsburg, OH 44087-2262 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J. DeGirolamo, Trustee - Mansfield | tony@ajdlaw7-11.com  ad@trustesolutions.com;amber@ajdlaw7-11.com;AD07@trustesolutions.net |
| Jonathon Carl Elgin | on behalf of Debtor Daniel Lawrence Bailey jc@jcelgin.com  JCElginPA@jubileebk.net |

TOTAL: 2

| | | |
|---|---|---|
| Debtor 1 | **Daniel Lawrence Bailey** <br> First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–3275 <br> EIN:   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   ____ <br> EIN:   __–_____ |
| United States Bankruptcy Court:   Northern District of Ohio | | Date case filed for chapter:       7     8/2/24 |
| Case number:   24–61022–maw | | |

## Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Daniel Lawrence Bailey | | |
| 2. | **All other names used in the last 8 years** | aka Daniel L. Bailey | | |
| 3. | **Address** | 176 S Linden Rd Apt 2 <br> Mansfield, OH 44906 | | |
| 4. | **Debtor's attorney** <br> Name and address | Jonathon Carl Elgin <br> JC Elgin Co., LPA <br> 6 Water St. <br> Shelby, OH 44875 | | Contact phone 567–275–1040 <br><br> Email: jc@jcelgin.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Anthony J. DeGirolamo, Trustee - Mansfield <br> 3930 Fulton Drive NW, Suite 100B <br> Canton, OH 44718 | | Contact phone 330–305–9700 <br><br> Email: tony@ajdlaw7–11.com |

For more information, see page 2 >

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open: |
|---|---|---|---|

**6. Bankruptcy clerk's office**

Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.

United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

Hours open:
9:00 AM – 4:00 PM

Contact phone 330–458–2120

Date: 8/6/24

---

**7. Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

**September 5, 2024 at 10:00 AM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**\*\*\* Valid photo identification required \*\*\***
**\*\*\* Proof of Social Security Number required \*\*\***

Location:

**Zoom video meeting. Go to Zoom.us/join, Click on JOIN or call: 1–234–266–6831., Enter Meeting ID: 625 803 7032, and Passcode: 4465752701**

For additional meeting information, go to https://www.justice.gov/ust/moc.

---

**8. Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

The presumption of abuse does not arise.

---

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**Filing deadline: 11/4/24**

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or

- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

---

**10. Proof of claim**

Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

---

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

---